UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI,<br><br>Plaintiff,<br><br>v.<br><br>THE GORILLA FOUNDATION, et al.,<br><br>Defendants. | Case No. 18-cv-06529-RS<br><br>**ORDER DIRECTING MEET AND CONFER REGARDING EXPEDITED ALTERNATIVE DISPUTE RESOLUTION** |

Plaintiff has noticed a summary judgment motion in this action for January 3, 2019. Both sides in this dispute have made clear that their primary interest lies in ensuring the best possible circumstances exist for the ongoing health and welfare of the gorilla known as Ndume. Without prejudging the merits of the arguments presented by either side, it seems probable that deciding the dispute based solely on whatever legal principles would govern on the factual record would not necessarily lead to the result that is in Ndume's best interests, regardless of which side may be correct regarding those interests. The forum of the courtroom may not allow for a full, and fully-informed, evaluation of all of the potential impacts to Ndume of any particular course of action.

Accordingly, assuming that both sides in good faith genuinely believe the best interests of Ndume are paramount in this situation, it would behoove all involved, human and gorilla, for the parties to pursue expedited alternative dispute resolution. The parties are directed to meet and confer and to submit a joint proposal no later than Thursday, December 20, 2018 for an alternative dispute procedure in which to engage. While the Court can offer a judicially sponsored settlement

conference, the parties are encouraged to explore whether there are any organizations or resources with animal welfare expertise that might be able to assist in mediating the issues.

**IT IS SO ORDERED**.

Dated:  December 14, 2018

_____
RICHARD SEEBORG
United States District Judge