Simon J. Frankel (Bar No. 171552)
Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: sfrankel@cov.com
Email: aheath@cov.com

Aaron M. Herzig (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
Email: aherzig@taftlaw.com

*Attorneys for Plaintiff Cincinnati Zoo & Botanical Garden*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual<br><br>Defendants | Civil Case No.: 3:18-cv-06529<br><br>**MOTION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING AND TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Current reply deadline: December 20, 2018<br>Requested reply deadline: January 10, 2019<br>Current hearing date: January 3, 2019<br>Requested hearing date: January 24, 2019<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rules 6-3 and 7-7(b)(2), Plaintiff Zoological Society of Cincinnati, d/b/a Cincinnati Zoo & Botanical Garden (CZBG)

respectfully requests that the Court continue both the summary judgment hearing and the summary judgment reply deadline by three weeks to allow the parties to focus on alternative dispute resolution, pursuant to the Court's recent order.  This is CZBG's first request for an extension of time.  This Motion is supported by the Declaration of Simon J. Frankel, the papers on file herein, and any evidence and argument presented to the Court in the event the Court should set this matter for a hearing pursuant to Local Rule 6-3(d).

CZBG filed a motion for summary judgment on November 29, 2018, setting the motion for hearing on January 3, 2019.  ECF No. 30.  Defendants The Gorilla Foundation and Francine Patterson (collectively, TGF) filed an opposition on December 13, 2018.  ECF No. 31.  CZBG's current deadline for its reply in support of its motion for summary judgment is December 20, 2018.  *See* Civ. L.R. 7-3(c).

On December 17, 2018, the Court filed an order directing the parties to meet and confer and to submit a joint proposal by December 20, 2018 for an alternative dispute resolution (ADR) procedure in which to engage.  ECF No. 32.  On December 18, 2018, counsel for both parties met and conferred.  *See* Declaration of Simon J. Frankel (Frankel Decl.) ¶ 3.  During this conversation, counsel for CZBG proposed continuing the summary judgment hearing and summary judgment reply deadline by three weeks to allow the parties to focus on ADR.  *See id.* ¶ 4.  TGF's counsel later stated that Defendants would not agree to extend the summary judgment reply deadline (but would agree to continue the hearing date).  *See id.*¶¶ 4-5.

CZBG makes its request for good cause.  *First*, as to the summary judgment hearing, the Court has made clear its desire for the parties to meaningfully engage in an expedited ADR process.  *See* ECF No. 32.  CZBG and TGF have already discussed the possibility of scheduling a mediation session in early January 2019.  *See* Frankel Decl. ¶¶ 3, 5.  Continuing the summary judgment hearing to January 24, 2019 would conserve judicial resources and allow both parties to focus their efforts on resolving this matter through ADR, rather than preparing for and arguing a summary judgment motion that may be mooted if ADR is successful.

*Second*, as to the summary judgment reply deadline, the Court's December 17, 2018 order requires the parties to submit a joint ADR proposal by December 20, 2018, which is also the current deadline for CZBG's reply.  To comply with this order, counsel for CZBG has already been working to

assess the best approach to ADR under the unusual circumstances of this case and to research potential ADR providers; counsel has advised CZBG on its options regarding ADR processes, providers, and terms; and had multiple conversations with counsel for TGF about reaching agreement on an ADR process pursuant to the Court's order. Frankel Decl. ¶ 6. And, after Defendant declined to agree to CZBG's proposal for an ADR process, CZBG agreed to Defendant's choice of mediator and tentatively agreed to a mediation to be held on January 7, 2019. *Id.* ¶¶ 3, 5. Under these circumstances, CZBG respectfully submits that a three week extension of the reply deadline until after the parties have engaged in ADR would allow CZBG to focus on negotiating an ADR process that has the greatest chance of success. Extending the deadline would also allow CZBG, a non-profit, to conserve resources otherwise devoted to preparing a reply that may be rendered moot by a settlement. *Id.* ¶ 7. Notably, extending the reply deadline to January 10, 2019 would give CZBG three days to prepare and file its reply, in the event the January 7 mediation is not successful—exactly the same number of days that CZBG had to complete its reply when the Court's order filed on December 17 redirected the parties' time and attention to ADR.

      CZBG requests this extension of time in good faith, and no party will be prejudiced by the granting of this Motion. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party'") (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

      For the foregoing reasons, CZBG respectfully requests that the summary judgement reply deadline and the summary judgment hearing date both be continued by three weeks, such that the summary judgment reply be due January 10, 2019 and the summary judgment hearing be set for January 24, 2019.

DATED: December 18, 2018            Respectfully submitted,

                                         By: /s/ Simon J. Frankel
                                             Simon J. Frankel

COVINGTON & BURLING LLP

Attorney for Plaintiff
Cincinnati Zoo & Botanical Garden

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual<br><br>　　Defendants | Civil Case No.: 3:18-cv-06529<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE SUMMARY JUDGMENT HEARING AND TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

### **[PROPOSED] ORDER**

This matter having come before the Court on Plaintiff Zoological Society of Cincinnati d/b/a Cincinnati Zoo & Botanical Garden's Motion to Continue Summary Judgment Hearing and to Extend Deadline for Reply in Support of Motion for Summary Judgment, it is hereby ordered that Plaintiff's Motion is GRANTED.  The summary judgment hearing is hereby continued to January 24, 2019 at 1:30 p.m.  The deadline for Plaintiff to file its summary judgment reply shall be January 10, 2019.

**IT IS SO ORDERED.**

DATED: _____　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge