UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual<br><br>　　　Defendants | Civil Case No.: 3:18-cv-06529<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE SUMMARY JUDGMENT HEARING AND TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

### [~~PROPOSED~~] ORDER

This matter having come before the Court on Plaintiff Zoological Society of Cincinnati d/b/a Cincinnati Zoo & Botanical Garden's Motion to Continue Summary Judgment Hearing and to Extend Deadline for Reply in Support of Motion for Summary Judgment, it is hereby ordered that Plaintiff's Motion is GRANTED.  The summary judgment hearing is hereby continued to January 24, 2019 at 1:30 p.m.  The deadline for Plaintiff to file its summary judgment reply shall be January 10, 2019.

**IT IS SO ORDERED.**

DATED: 12/19/18

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge