Caitlin Hawks (SBN 260417)
caitlinh@petaf.org
PETA Foundation
2154 W Sunset Blvd.
Los Angeles, CA 90026-3148
Tel: 206-858-8518
Fax: 202-540-2207

*Attorney for Proposed Amicus People for the Ethical Treatment of Animals, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A/ CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual,<br><br>  Defendants. | Civ. Case No.: 3:18-cv-06529-RGS<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF OF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

## NOTICE OF MOTION

Please take notice that People for the Ethical Treatment of Animals, Inc. (PETA), hereby moves the Court for leave to file an amicus brief in the above-captioned case in support of Plaintiff's motion for summary judgment. Pursuant to Local Rule 7-11(c), this motion for administrative relief is deemed submitted for immediate determination without hearing five days after the motion has been filed.

## MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

Pursuant to Local Rule 7-11, PETA hereby moves this Court for leave to file an amicus brief in support of Plaintiff's Motion for Summary Judgment, Dkt. 30. Plaintiff has consented to this motion; Defendants have not. *See* Declaration of Delcianna Winders at 1-2.

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Sonoma Falls Developers, LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (citations omitted); *see also Merritt v. McKenney*, No. C 13-01391, 2013 WL 4552672, at *3 (N.D. Cal. Aug. 27, 2013) ("'Generally, courts have exercised great liberality in permitting an amicus curiae to file a brief in a pending case . . . . There are no strict prerequisites that must be established prior to

qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court.'" (citation omitted)).

In this case PETA, the largest animal rights organization in the world, brings unique information and perspective on the matter—including from its years of monitoring Defendant The Gorilla Foundation and advocating on behalf of captive great apes, including Ndume—as well as information about the potential ramifications beyond the parties to the case, including potential ramifications to Ndume and other animals and to PETA and other animal advocates.  PETA brings valuable perspectives to the Court not represented by Plaintiff or Defendants and believes its participation would be useful to the Court.

Accordingly, PETA respectfully requests that the Court grant the motion and accept the attached brief.

Dated:   January 10, 2019            Respectfully submitted,

/s/ Caitlin Hawks
Caitlin Hawks
caitlinh@petaf.org
PETA Foundation
2154 W Sunset Blvd.
Los Angeles, CA 90026-3148
Tel: 206-858-8518
Fax: 202-540-2207

*Attorney for Proposed Amicus*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on January 10, 2019. I further certify that counsel of record for all parties in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 10th day of January 2019.

/s/ Caitlin Hawks
Caitlin Hawks
caitlinh@petaf.org
PETA Foundation
2154 W Sunset Blvd.
Los Angeles, CA 90026-3148
Tel: 206-858-8518
Fax: 202-540-2207

*Attorney for Proposed Amicus*