DAVID B. CASSELMAN (Bar No. 81657)
   dbc@casselmanlawgroup.com
DAVID POLINSKY (Bar No. 125163)
   dp@casselmanlawgroup.com
KIRK S. COMER (Bar No. 240847)
   ksc@casselmanlawgroup.com
CASSELMAN LAW GROUP
5567 Reseda Boulevard, Suite 330
Tarzana, California  91356
Telephone: (818) 609-2300
Facsimile:  (818) 345-0162

FRANK M. PITRE (Bar No. 100077)
   FPitre@cpmlegal.com
JULIE L. FIEBER (Bar No. 202857)
   JFieber@cpmlegal.com
COTCHETT PITRE & McCARTHY LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

Attorneys for Defendant and
Counterclaimant The Gorilla Foundation
and Defendant Dr. Francine Patterson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, <br><br> Defendants. | CASE NO. 4:18-cv-06529 (RS) <br><br> **OPPOSITION OF DEFENDANTS TO MOTION FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF** |

By their Motion, nonparty People for the Ethical Treatment of Animals (PETA) moves the Court for leave to file an amicus curiae brief in connection with the Motion for Summary Judgment filed by Plaintiff Cincinnati Zoo & Botanical

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA  91356

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

1   Garden (CZBG) against The Gorilla Foundation and Dr. Penny Patterson (TGF).  As
2   set forth herein, TGF respectfully requests that the Court deny the Motion.

3

4       PETA is not a party to the contracts at issue in this case.  No one from PETA
5   claims to have even once seen Ndume during his 37 years.  PETA has never visited
6   the Gorilla Foundation.    Indeed, no one from PETA has even requested the
7   opportunity to visit TGF.   Nor does PETA claim to maintain gorillas in captivity,
8   possess medical expertise regarding the key medical issues at the heart of the
9   pending motion…or propose to offer evidence or expertise on those issues.

10

11      Instead, without any expressed relevant experience pertaining to the care of or
12  health hazards suffered by either wild or captive gorillas, PETA simply declares
13  itself a relevant participant based upon its claim that it is the largest animal welfare
14  organization in the world.   Yet, even on this assertion, it offers absolutely no
15  evidence or reason why mere interest in the matter justifies its involvement.

16

17      To the heart of the matter, aside from the fact that PETA offers no evidence to
18  suggest that it has either standing to enter into the contractual dispute at issue, or the
19  expertise to address the medical questions clearly disputed by the parties to the
20  pending motion, permitting PETA to assert new evidence would violate the due
21  process rights of TGF.

22

23      Notably, PETA *purports* to request "administrative relief" under Local Rule
24  7-11. Yet, that section provides no authority for the requested relief.  Rather, that
25  section is limited to <u>parties</u> seeking <u>administrative relief</u>:

26

27      "The Court recognizes that during the course of case proceedings **a**
28      **party** may require a Court order with respect to miscellaneous

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

1  <u>administrative matters,</u> not otherwise governed by a federal statute,

2  Federal or local rule or standing order of the assigned judge."

3  (emphasis added)

4

5  The risks to Ndume of being transferred from the Sanctuary, where he has

6  lived in complete health for 27 years, back to an AZA institution where he fared

7  extremely poorly, routinely vomiting and throwing his vomit and feces at patrons

8  and caregivers, are completely out of the experience, knowledge or expertise of

9  PETA. Many organizations could claim that they have an interest in the outcome of

10  this case and therefore should be allowed to side with one party or the other.

11

12  Both their coordinated public attacks on TGF and their coordinated filings in

13  this case, make it clear that in reality, PETA is working as an ally of CZBG, not an

14  advocate for Ndume. As such, the requested PETA Motion serves no other purpose

15  than to provide additional CZBG briefing on the summary judgment motion.

16

17  As such, TGF requests that the Court deny the Motion. However, if for any

18  reason this Court is inclined to grant the PETA motion, request is hereby made for

19  leave to file an opposition to this new brief.

20

21  DATED: January 11, 2019          **CASSELMAN LAW GROUP**
                                     DAVID B. CASSELMAN

22                                   DAVID POLINSKY
                                     KIRK S. COMER

23

24                                   By: _____*/s/ David B. Casselman*_____

25                                        DAVID B. CASSELMAN
                                     Attorneys for Defendant and Counterclaimant

26                                   The Gorilla Foundation and Defendant Dr.
                                     Francine Patterson

27

28

1    DATED: January 11, 2019          **COTCHETT PITRE & McCARTHY LLP**
2                                        FRANK M. PITRE
                                         JULIE L. FIEBER
3

4                                      By:  _____ */s/ Frank M. Pitre*_____
                                                   FRANK M. PITRE
5                                      Attorneys for Defendant and Counterclaimant
                                       The Gorilla Foundation and Defendant Dr.
6                                      Francine Patterson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

1111054.1                                   4                        4:18-CV-06529 (RS)

OPPOSITION OF DEFENDANTS TO MOTION FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 5567 Reseda Boulevard, Suite 330, Tarzana, California 91356. I am over the age of eighteen years and am not a party to the within action;

On January 11, 2019, I served the following document(s) entitled: **OPPOSITION OF DEFENDANTS TO MOTION FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF** on ALL INTERESTED PARTIES in this action via Electronic Filing with the Clerk of the Court using the CM/ECF system.

Simon J. Frankel
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: **sfrankel@cov.com**

Aaron M. Herzig
TAFT STETTINIUS & HOLLISTER, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: 513-381-2838
Email: **aherzig@taftlaw.com**

**BY ECF:** I hereby certify that on January 11, 2019, I electronically filed the above listed documents with the Clerk of the Court using the CM/ECF system.

I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 11, 2019, at Tarzana, California.

Jamie D. Kessinger

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356