1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual<br><br>    Defendants | Civil Case No.: 3:18-cv-06529<br><br>[~~PROPOSED~~] ORDER DIRECTING THE PARTIES TO EXECUTE TRANSFER AND INTEGRATION PROTOCOL |

## [~~PROPOSED~~] ORDER

Plaintiff, the Zoological Society of Cincinnati ("CZBG"), and Defendants, the Gorilla Foundation and Francine Patterson ("TGF") (collectively, the "Parties"), are hereby Ordered to carry out, in the upmost good faith, the transfer and integration protocol for the relocation of the gorilla Ndume, which is delineated in the attached Exhibit A, and to which the Parties have agreed.

Notwithstanding the Parties' agreement concerning the transfer of Ndume to CZBG and the entry of this Order, this Court shall retain jurisdiction over this matter.

1 | **IT IS SO ORDERED.**

DATED: 3/5/19

_____
RICHARD SEEBORG
United States District Judge

# Exhibit A

**PART I: Transfer Plan for Ndume from the Gorilla Foundation (TGF) to the Cincinnati Zoo and Botanical Garden (CZBG)**

With cooperation between TGF and CZBG, the transfer would involve:

1. The target date for transfer is May 13, 2019.

2. TGF to provide CZBG with all records customarily exchanged during an animal transfer, including, but not limited to:
    a. All Ndume's medical records, including all images from any prior examinations or medical work-ups;
    b. All Ndume's dietary information;
    c. A list of supplements Ndume currently receives; and
    d. Training plans and records for any training Ndume is currently receiving or has received in the past (including, if it exists, plans for crate training or training for hand injection or administration of a cardiac ultrasound).

3. Christa Nunes will visit CZBG on March 15, 2019. As with all visits to CZBG, no photography or videography is allowed.

4. Representatives from CZBG will visit TGF the week of March 18, 2019 to perform a site inspection, observe Ndume, and discuss Ndume's care and health (including husbandry, enrichment, training, and behavior/personality) with TGF personnel and Dr. Ochsenreiter. CZBG will not take photographs or videos during this or subsequent visits.

5. CZBG and TGF shall coordinate to perform a thorough medical evaluation of Ndume, which will take place the week of March 18, 2019. The examination should include a visual assessment and an awake cardiac ultrasound that should be comprehensive enough to be diagnostic. To the extent Ndume is not already trained to receive an awake cardiac ultrasound, TGF will begin such training immediately. A CZBG veterinarian may be present for the examination.

6. TGF will provide CZBG with the (a) cargo hold dimensions for its van and (b) dimensions and weight of its transportation crate, along with photographs of the crate that show the crate's front, back, sides, door (open and closed), locking mechanism, and floor (including wheels or forklift pockets), as well as photographs that demonstrate how the crate attaches to Ndume's cage and how it can be lowered into a truck.

7. Crate construction and training:
    a. CZBG and TGF will ensure crate training is underway by March 8, 2019 using TGF's existing crate.
    b. During CZBG's visit to TGF the week of March 18, 2019, CZBG will evaluate whether CZBG's crate should be used for transfer. If so, CZBG will make arrangements to

have the crate transferred to TGF immediately. CZBG representatives will coordinate a site visit at TGF with a representative from A-Z construction to evaluate the potential for modifications to Ndume's facility in order to integrate CZBG's crate.
c. Once the CZBG crate arrives at TGF, Ndume's training can continue with the CZBG crate. Crate training steps include the following:
   i. Allow him free access to the crate during his normal time in his habitat.
   ii. Place a large portion of diet in the crate each morning before allowing him access.
   iii. Retain high valued foods like fruit for hand feeding to Ndume while he is sitting in the crate. Do not feed him these items at other times.
   iv. Based on his comfort level, begin to secure the crate door so the crate is dropped down several inches. Continue steps a-c.
   v. Based on comfort level, secure door in more of a closed position over time until crate door is only about two feet high. If training is managed well, he will cooperatively pass through.
   vi. Eventually work towards closing the door with Ndume inside the crate. Always reinforcing with high valued foods. Keep initial time locked in very short 30 seconds while getting fed reinforcement. Increase duration as he feels comfortable. Eventually he will enjoy sitting in the crate with the door closed and eating diet in the company of trainers.
   vii. Trainers include both TGF and CZBG appointed staff.

8. During CZBG's visit to TGF the week of March 18, 2019, CZBG representatives will confirm that Ndume is adequately trained in hand injection.

9. For clarity, hand injection training steps include:
   a. Training will occur in his trailer holding, outside yard and at various times to instill flexibility and confidence in Ndume.
   b. Use favored food items as primary reinforcers and exclusively for training.
   c. Establish secondary reinforcer aka bridge (Clicker or whistle) by coupling primary with secondary reinforcer.
   d. Condition target behavior (stick that can be placed through mesh to touch Ndume with)
   e. Through targeting, shape Ndume to present shoulder, hip or back of thigh.
   f. Carry a syringe with a cap on it in your pocket so that he can plainly see it.
   g. Touch Ndume with capped syringe on various parts of his body until he is used to it with bridge and reinforcement following.
   h. Remove cap and have blunted needle on syringe. Repeat lightly touching him on various places until he is comfortable.
   i. Begin to apply more pressure to blunted needle until he clearly feels a little pressure with bridge and reinforcement.
   j. Focus on part of body for hand injection, shoulder, hip and back of thigh. Back of upper thigh, below rump is a good spot as it is not as sensitive there.

    k. Put various colored water into the syringe to mimic the drug so that he is used to variation. Do not actually inject these fluids, of course. They are to only mimic the actual drug.
    l. No actual injection to take place prior to actual anesthesia. Just continue to increase pressure applied with blunted needle. This feeling is more sensitive than and actual sharp needle. Desensitizes him well.
    m. Throughout the training, a second person should be present and participating in training. Ideally this would be a person trained in hand injection technique to ensure an accurate injection.
    n. Trainers will include TGF and CZBG appointed staff.

10. Should crate training be logistically possible and successfully trained:
    a. The day of transfer to CZBG, Ndume will be locked into his crate at the determined time.
    b. A panel truck or van with a lift gate will be driven up to the property or parked at TGF a week prior if possible.
    c. Ndume and his crate will be disconnected from the facility and lowered down to the level of the truck. This will be facilitated by a cable wench installed prior by A-Z.
    d. Crate will be on wheels and rolled onto the truck lift gate.
    e. Crate will be secured into the truck.
    f. CZBG representative and TGF representative will ride to the airport with Ndume.
    g. An escort vehicle with other TGF and CZBG personnel will travel to the airport.
    h. A police escort may be considered if deemed necessary.
    i. TGF and CZBG personnel will stay with crate and ride with Ndume on the plane to Cincinnati. Prior to the shipping date, there will be authorization forms to fill out and other steps to be able to escort him on the plane.
    j. CZBG personnel will meet the plane with a truck and transport Ndume, TGF and CZBG personnel to CZBG.
    k. The crate will be secured to a special port in CZBG's gorilla bedroom suites and Ndume will be permitted to enter the area.
    l. See different plan (Part II) for his care while at CZBG.

11. CZBG and TGF agree that anesthetization is a less desirable alternative for transfer, and the parties will endeavor to train Ndume to voluntarily enter his crate for transfer. However, if Ndume is not making progress on crate training sufficient to meet the transfer target date, anesthetization may be considered as an option, if determined to be medically acceptable by Dr. Mark Campbell or his designee. Anesthetization would proceed as follows:
    a. Once a flight departure time is determined, a time of injection will be determined as well as a prior fasting start time.
    b. Ndume will be housed in his trailer during the fasting period.
    c. Ndume will receive a light dose of Telezol through hand injection while in his trailer.

      d. Once asleep and panel truck will be driven onto the TGF site.
      e. Ndume will be placed into the crate and secured into the truck.
      f. The team will wait to depart to the airport until the CZBG vet has given clearance that he is stable to transport.
      g. See steps f-j above.

12. CZBG will utilize DHL, which has successfully partnered with CZBG on at least 11 other ape transfers as well as transfers of many other large species. The plane is a 767-300 freighter.

13. A TGF caregiver will accompany Ndume during his trip to Cincinnati.

14. One TGF caregiver is welcome to stay in Cincinnati for an additional two months after transfer and participate in Ndume's acclimation. A second caregiver is also welcome on-site at CZBG during the first week following Ndume's transfer.

15. Although these outlined objectives are thorough, there will be need for some flexibility and adjustment along the way as with any comprehensive animal management plan.

**PART II: Gorilla "Ndume" Introduction and Care Plan**
**Cincinnati Zoo and Botanical Garden (CZBG)**

I. <u>Prior to arrival at CZBG:</u>

1. The pace of Ndume's integration will be set according to Ndume's comfort-level and receptiveness to his new environment.

2. Prior to Ndume's arrival, all staff involved in Ndume's care will have read and understand his history and the following plan.

3. Ron Evans shall remain as the primary decision-maker for Ndume's health. For the six months following Ndume's arrival in Cincinnati, Mr. Evans and/or CZBG will consult with TGF regarding any significant health issues faced by Ndume. CZBG will carefully consider TGF's opinions, but is not bound by any recommendation made by TGF.

4. CZBG will designate one dedicated caregiver who will work consistently with Ndume at TGF prior to his relocation to Cincinnati, will accompany Ndume during the transfer, and will remain at CZBG with Ndume for several months during his integration. CZBG will also arrange for other keepers to visit TGF prior to transfer for the purpose of allowing Ndume to familiarize himself with them.

5. CZBG caregivers shall perform a personality assessment for Ndume that will be used to inform his care at CZBG.

6. TGF and CZBG should collaborate to create a quick response plan that may be used to inform how CZBG will respond should Ndume exhibit any self-injurious or undesirable behavior after his transfer to CZBG. The plan may include information on what kind of preventive measures should be taken should such conduct occur.

7. Prior to arrival, CZBG will already have incorporated Ndume's current Gorilla Foundation (TGF) diet, supplements, enrichment items, operant conditioning behaviors, etc. into his care plan here.

8. We will maintain him on his current diet and consider how items in our diet may be integrated. CZBG's diet consists of an extremely wide variety of produce options and nutritionally complete foods. CZBG also maintains a comprehensive browse program with gorillas receiving browse from a long list of trees and plants almost daily. The gorillas are presented with food at least six times a day and almost always have browse, greens and/or other types for forage present. CZBG has a multitude of novel enrichment food items also available to be used and offered multiple times a week along with nonfood enrichment items daily. Diet and supplements will be reviewed and evaluated by CZBG's fulltime nutritionist, veterinarians and curator. Care staff will monitor consumption and noted in records. Adjustments made where needed. CZBG will provide its diet and supplement plans for Ndume to TGF, and TGF may provide feedback where appropriate.

9.  Blankets, a barrel, a stool, and passive toilets shall be made available to Ndume in advance at CZBG, to the extent such items do not pose a safety issue to the other gorillas or zoo patrons or risk property damage to the CZBG facilities. TGF will provide all of the necessary specs for the passive toilets to CZBG.

II. <u>Ndume health quarantine and initial integration period at CZBG:</u>

1.  Based on the information above and after Ndume is successfully transferred to CZBG, he will be set up for a health quarantine period. This period generally last for 1 month to 45 days. It allows for several fecal checks and any subsequent needed treatments to occur. It allows him time to get comfortable with initial surroundings, staff and routines. The quarantine will take place in the gorilla building separated from the other gorillas, so no other relocation will be necessary after the quarantine period. During the quarantine, his suite will include access to six large bedrooms that are on average 16'x 14'x 10'H each. Each room is connected by multiple doorways between adjacent bedroom and large overhead transfers. Each room enhanced with shelving and a network of hanging platforms and firehose. These rooms have heated floors, free choice water, bedding, built in scale and other enhancements designed for premier gorilla husbandry. This area also includes ease of mobility features like staircase to overhead chutes with long-term geriatric care in mind. Depending on other factors at the time, Ndume may also be given our expansive indoor gorilla habitat as part of his quarantine space. This space can be modified so that it is not part of the guest view.  During Christa Nunes' visit to CZBG, she will explore with CZBG personnel the possibility of providing "private outdoor access" to Ndume during the quarantine period.

2.  CZBG has around the clock staff on grounds and night staff to monitor conditions. During the two months while a TGF caregiver is at CZBG following Ndume's transfer, that caregiver, alongside a CZBG caregiver, may review recorded video footage of Ndume — including footage of his sleeping behavior the morning after.

3.  CZBG has three full time veterinarians, two full time vet techs and a full-time nutritionist. To augment healthcare, CZBG has consulting cardiologist, neurologists, dentist, anesthesiologist, physical therapist and others from local hospitals that assist with gorilla care. These consultants can also make available, as needed, high-end equipment like MRI machines. The fulltime health care team will be able to prescribe any treatments and be there to evaluate daily if needed. Between the vet care and superior husbandry/disinfecting practices at CZBG, the gorillas almost never break with parasites although most have been exposed to issues like Balantidium in their lifetimes and carry it latently. Balantidium is a common condition in gorillas, and other species of animalsincluding humans. The animal health staff has a total of over 120 years of experience with gorillas.

4.  While in quarantine CZBG staff will focus on building an appropriate relationship with Ndume.
    a.  Spend extended calm time with him. Keepers will work varied schedules to be with Ndume throughout the entire day.

      b. Positive hand feedings.
      c. Association training with familiar TGF staff if they chose to accept CZBG's offer to accompany Ndume.
      d. Ndume will have 2-3 CZBG caregivers initially, until he is comfortable, and others will slowly be integrated later through positive association training.
      e. CZBG care givers are trained to read general gorilla communication facial expressions, body postures, gestures and vocalizations as well as understanding the nuanced, specific behaviors and communication individual gorillas can have.
      f. There is also the ability to allow some visual access to other gorillas while he is in quarantine, if it seems to benefit Ndume.
      g. The pace of these introductions will be set according to Ndume's comfort-level and receptiveness to his new environment.

5. While in quarantine, Ndume will be integrated into our AZA accredited daily enrichment program, referenced above and includes a multitude of novel food and non-food items, puzzle feeders, interactions with staff, A/V and much more. Initially most of the current TGF items will be the base enrichment plan, with CZBG items added along the way

6. While in quarantine Ndume will be integrated into our AZA accredited Operant Conditioning program. Through our superb inter-species communication abilities, we can convey to our gorillas that we would like them to offer various behaviors that support superior health assessment and care and understand their responses. They have free choice whether they participate or not as we understand their feedback and can react appropriately. As a result, most all the gorillas we currently have will voluntarily share numerous body presentations like hands, feet, belly, back, hip, shoulder, open mouth, tongue, knee, ear and many more. They also will participate in complex behavior training like hand injection, awake cardiac ultrasound, blood pressure and blood draw.

7. While in quarantine and once properly trained, Ndume will be given a voluntary awake cardiac ultrasound checkup. However, this can be delayed if we feel he needs a little more of an adjustment period.

8. While in quarantine, CZBG staff will closely evaluate Ndume's behavior and personality nuances even more than has already been done during site visits to TGF over the past 5 years and from conversations and reports from the TGF staff. Based on this observation time, a plan will be made for his post quarantine steps. Each new step will be based on how Ndume progresses, so no rigid timeline is assigned. Progress is up to him.

III. <u>Post-quarantine plan</u>:

1. Once out of quarantine, Ndume will be slowly integrated into the rest of the facility that includes:

    a. A second bedroom suite adjacent to the quarantine bedroom suite. This area is slightly larger in scope than the quarantine bedroom area but has the same flexibility and features. This area also includes a specialized medical procedure bedroom and a high loft bedroom that the gorillas really enjoy.
    b. Both areas are connected to each other and to three other sections on the second story of the gorilla facility.
    c. A third bedroom suite on second floor that is a series of twelve connected bedrooms each approximately 10" x 10" x 8" H. Two of these bedrooms are open air patio areas that allow gorillas to enjoy the outside without being in the outdoor habitat.
    d. All the bedrooms are connected to a large outdoor and indoor habitat.
    e. The indoor habitat is one of the largest indoor gorilla habitats in the world at 130'x 80' asymmetrical. With giant climbing trees spanning the length of the habitat and reaching 20 feet in height. The substrate is a very comfortable deep mulch bio-floor that is 4-10 feet deep. The habitat has numerous enrichment devices built into the tree and rock work. It has multiple caregiver access points to visit, train, enrich and feed the gorillas from.
    f. The outdoor habitat is approx. 130 x 70 asymmetrical. Has a dirt/ grass substrate. Lots of natural plantings and climbing opportunities. it has a large artificial tree with special enrichment devices built in including a multi-optional groping feeder, tool use feeders and high treetop pully feeders.
    g. There is no set timeframe for this integration step, as it will depend on Ndume's comfort-level and receptiveness to his new environment.

2. Other post quarantine steps:
    a. Allow Ndume to have visual and tactile contact with female gorillas that he will be socialized with.
    b. Allowing Ndume to explore the rest of the bedroom suites on his own so that he becomes confident in knowing all the areas he will eventually share with other gorillas.
    c. Will allow him access to the indoor and outdoor habitats without guests initially. His suite rotation schedule can easily be modified so that he can be in the habitats at no or low attendance times. His progress to seeing more guest will totally be up to him and not mandated. Additionally, as we have done successfully with other gorillas that have not ever experienced guests with viewing glass, the indoor habitat glass will be completely covered with very small holes made in it so Ndume can look out, but people cannot look in. Based on his reaction and pace these holes can gradually be made larger so that he comfortably sees people. Consideration will be given to the possibility that Ndume may not become acclimated to guests for an extended period, due to his personality and extended non-zoo history.
    d. Through this process Ndume will be able to enjoy a dynamic facility that offers enriching variation and psychological stimulation thorough its 5 different habitats and suites.

IV. <u>Introduction to females:</u>

1. CZBG plans to introduce Ndume to two females, both of whom are twenty-four years old. Both gorillas are on birth control, and CZBG is not planning a vasectomy for Ndume.

2. While Ndume is being eased into the habitats and bedroom suites, he will be "howdy" introduced to these gorillas though visual and limited tactile contact. The bedroom suites are specially designed to facilitate slow and steady howdy introductions at the gorillas' pace. The CZBG facility is designed to accommodate the nuances of all gorilla introductions. It allows for superior control with multiple doors for quick separation of individual gorillas should some phase of the gradual introduction result in need for staff intervention. The entire facility also offers flexibility for temporary view separation should that be felt as needed and can move as fast or slow as is needed to ensure a successful introduction. Steps include:
    a. Ndume will have one side of the bedroom suite and females would have the other side of the suite to first see each other.
    b. Caregivers will observe and encourage positive association though cooperative proximity feedings and positive reinforcement training session.
    c. Allow Ndume and females to have closer proximity without touching by allowing access to transfer chutes and other close non-tactile proximity points designed into the bedrooms.
    d. Based on positive signs and behaviors, the gorillas will be given tactile howdies with the ability to touch each other through the mesh of adjacent bedrooms.
    e. Based on positive signs and behaviors, the gorillas will be permitted to have full access to each other. During this step the gorillas can be given access to the full two large suites on the lower floor for dynamic space to be near or stay away from each other or access to the large outdoor habitat where they have open comfortable flex space to be close or far from one another.
    f. Based on behaviors and positive signs, the gorillas may stay together after that or be permitted to be separated overnight. Each day they could have time together again until they work well together overnights.
    g. No set timeframe for any stage of introductions.
    h. No set individual females are committed with him until he is here and can be observed near the females.
    i. Positive signs and behaviors that can determine graduation to next steps include:
        i. Low to no cough or scream vocalizations or aggressive gestures towards each other like frequent strong chest beating or banging mesh. Also, would look for absence tight pursed lips, stiff armed rigid stance or a "stare avoid" behavior;
        iii. Calm long periods of rest with each other in the area;
        iv. Happily eating near each other;
        v. Positive vocalizations or gestures towards each other. Purrs, belch vocalizations greetings or male breeding "chutter";
        vi. Touching each other calmly through mesh or passing objects through the mesh are also good signs;
        vii. Breeding posture from females;

    viii. Reliably shifting from area to area together is a good sign of cohesiveness once fully introduced; or
- j. The number of females introduced to Ndume will be based on his interactions during the howdy period. Could be lessened or expanded based on their relationship.
- k. Ndume will not be exposed visually to the other CZBG silverbacks and their families until he has made significant progress with his integration. Even then, with the dynamic flexibility of the facility, he will never have to be in the same suite or habitat with the other silverback families and can focus on his own.
- l. Once established in a social group Ndume will be accessed with his new family to all the areas of the facility that he has already been introduced to. His behavior will be observed, and consideration will be given to adjust his suite/ habitat options and schedule.

V. <u>Miscellaneous:</u>

1. CZBG will be the final decision-maker regarding Ndume's health and medical treatment, but will consult TGF if issues arise during transfer and integration.

2. During the introduction and beyond, CZBG has a network of gorilla expert colleagues and TGF to reference and augment our observations if need be including the AZA/SSPs Gorilla Behavior Advisory Group (GBAG), and other Gorilla SSP Advisors in the fields of vet care, nutrition and more.

3. CZBG employs a fulltime Animal Welfare Excellence manager who can assist the care staff and augment Ndume's care with behavioral ethogram evaluation including photos and videography as well.

4. Daily records will be maintained in ZIMS.

5. At some point after Ndume's integration, a full physical will be completed as is critical for his proper care. No rigid time set for this and will require voluntary hand injection participation from Ndume through our operant conditioning with positive reinforcement program.

6. TGF caregivers will be welcome to visit with Ndume twice a year on a reasonable basis and at mutually-agreed times.

7. If the decision has to be made to euthanize Ndume at the end of his life, CZBG will notify TGF in advance with the hope that TGF caregivers can be present. TGF and CZBG recognize, however, that CZBG veterinarians will have final decision-making authority regarding the timing and circumstances of euthanasia (which may include euthanizing Ndume before TGF is able to arrive at CZBG).