Simon J. Frankel (Bar No. 171552)
Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: sfrankel@cov.com
Email: aheath@cov.com

Aaron M. Herzig *(pro hac vice)*
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone:  (513) 381-2838
Email: aherzig@taftlaw.com

*Attorneys for Plaintiff Cincinnati Zoo &
Botanical Garden*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A/ CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation <br><br> Plaintiff, <br><br> v. <br><br> THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual <br><br> Defendants. | Civil Case No.: 4:18-cv-06529 <br><br> **JOINT STATUS UPDATE** |

Plaintiff Zoological Society of Cincinnati ("CZBG") and Defendants The Gorilla Foundation and Francine Patterson ("TGF") (collectively, the "Parties") submit this status update concerning the implementation of the Transfer and Integration Protocol for the relocation of the gorilla Ndume from TGF to CZBG.  See Dkt. Nos. 52, 53.

Consistent with the Transfer and Integration Protocol Order entered by the Court on March 5, 2019, see Dkt. No. 52, the Parties have worked diligently to prepare for and effectuate Ndume's return to Cincinnati.  With mutual cooperation (discussed below), Ndume's training has been quite productive and effective, and he is progressing as desired.  After two mutually agreed postponements of the target transfer date, CZBG unilaterally set a transfer date for June 4, and arranged air travel for Ndume and two persons (one from CZBG, one from TGF).  However, TGF refused to proceed with the transfer on June 4 and asked to have the current issues considered by the Court.  The bottom line is that the Parties disagree regarding whether the presence of B. coli in Ndume's recent fecal sample indicates that the transfer should again be delayed.  CZBG now wants to transfer Ndume on June 12 and TGF believes he should be treated for his B. coli flare-up before he is transferred.  This should take approximately 3 additional weeks.

The Parties request that the Court help resolve this disagreement at the CMC.

**CZBG Position**

This Court determined that Ndume "will be transferred to the Zoo" (Dkt. No. 50, Order at 7), notwithstanding the fact that Ndume has B. coli in his system—TGF's primary concern.  Id. at 5.  The Court directed the Parties to work in utmost good faith to execute the transfer, and was unequivocal in its direction to TGF:  "TGF . . . is directed to bear in mind that the question of whether Ndume will be transferred to the Zoo is no longer subject to negotiation."  Id. at 7.

Consistent with the Loan Agreement and the Court's order, the Parties once again agreed in the Transfer and Integration Protocol that: "CZBG will be the final decision-maker regarding Ndume's health and medical treatment."  Dkt. No. 52.  And "Ron Evans[, CZBG Curator of Primates,] shall remain as the primary decision-maker for Ndume's health."  Id.  Plainly, it is CZBG—and CZBG alone—that decides whether Ndume is medically fit to proceed with the move.  It is simply not TGF's call.

CZBG's veterinarians and primate experts have determined that Ndume is ready to be transferred and set June 4 as the transfer date.[1]  Just days before Ndume's scheduled June 4 transfer, TGF told CZBG

---

[1] The target transfer date was originally set for May 13, 2019, but now has been extended three times.

that it would not permit CZBG to move Ndume because he has *B. coli*—even though the Court already addressed that concern in its summary judgment order and the Transfer and Integration Protocol.  TGF demanded that the Court hear TGF's concerns once again during the Case Management Conference, even though all of the veterinarians involved—*including TGF's veterinarians*—agree that Ndume is ready to transfer.

TGF advised CZBG that it had detected a non-active form of *B. coli* in Ndume's fecal sample taken on or about May 24.  The primate veterinary experts at CZBG and the Gorilla Species Survival Plan (the "GSSP") (veterinarians who work at other zoos and oversee the transfers of hundreds of gorillas in human care) reviewed this finding and are not concerned that the presence of this trace amount of the non-active form of the protozoal organism poses a health risk to Ndume or should prevent his transfer.  They are confident that he can be safely and successfully returned to Cincinnati now.

TGF disagreed, relying on the views of Dr. Shields, a doctor of human gastroenterology and consultant for TGF.  At TGF's request, the Parties conducted a telephone conference among primate veterinarians and Dr. Shields.  Participants on the call were Drs. Campbell, DVM, and Levens, DVM, from CZBG; Meehan, DVM, Murphy, DVM, and Dennis, DVM from the GSSP; and Ochsenreiter, DVM, Haddad, DVM, and Shields, MD, from TGF.

Even after thorough discussion and vetting of TGF and Dr. Shields's concerns during this conference call, it is still clear that Ndume can be safely transferred at this time, despite the potential presence of *B. coli* in his system.

Notably, ***the TGF veterinarians concur***.  Indeed, Dr. Ochsenreiter texted CZBG's Ron Evans after the meeting, writing: "Hey Ron, good conference call.  I certainly support moving forward with the move as planned [with the June 4 transfer date]."  He later told Evans in a telephone call that Dr. Haddad agreed.

The CZBG and GSSP veterinarians likewise are not concerned that this small amount of *B. coli* will interfere with Ndume's transfer.  They, of course, would not have allowed a transfer date to be set if they believed Ndume's health to be in jeopardy in any way.

Dr. Mark Campbell, CZBG's Director of Animal Health, notes that it is entirely ordinary to transfer a gorilla with *B. coli*, as nearly all gorillas in captivity have this condition.  Furthermore, although

Ndume's behavior and appetite are 100% normal, CZBG, in an abundance of caution, has already started Ndume on a prophylactic treatment for *B. coli*, further reducing the risk of an issue during the move. Indeed, even acute symptoms can be treated with proper medication, in the unlikely event that they arise. While TGF does not have experience treating *B. coli* and is therefore likely unaware of the many effective ways to control it, CZBG has considerable experience in this regard and is confident that Ndume's *B. coli* condition can be managed during the transfer and by CZBG's expert and experienced team upon his arrival at CZBG.[2]

Likewise, the GSSP experts, who among them have decades of experience treating, transferring, and managing many dozens of gorillas and consult on every AZA gorilla transfer, indicated they would never recommend postponing a gorilla transfer based on this level of *B. coli* detection.  The GSSP veterinarians wrote the following to Dr. Campbell:

> Thank you for speaking with us last Thursday, May 30, regarding the treatment plan for Ndume in preparation for and during transfer to Cincinnati Zoo.  You described Ndume as in general good health, with a history of soft stool.  We concur with your assessment that the finding of a few *Balantidium coli* on a fecal examination does not represent a significant impediment to his transfer. We endorse your decision to treat with paromomycin as an added precaution.  We are confident that you and your team, with your years of managing the health of gorillas at Cincinnati Zoo, will manage the transfer well and will soon have Ndume successfully settled in with his own gorilla group.

Dr. Murphy of Zoo Atlanta added that she would "not blink an eye" to transfer Ndume to her zoo even with the presence of this small amount of *B. coli* in his fecal sample.  Thus, all the veterinarians unreservedly agree that Ndume can be transferred immediately and that the finding of a few *B. coli* on a fecal examination does not represent an impediment to his move.

Dr. Shields is a doctor of **human** gastroenterology, which is reflected in the fact that his view does not recognize that *B. coli* affects humans and primates differently.  *B. coli* is very common in primates. Indeed Dr. Dennis of the GSSP explained that while *B. coli* can be harmful to humans, it is part of the "normal gut flora" of great apes.

---

[2] Indeed, the fact that CZBG had to ship Ndume's *B. coli* medicine to California because TGF does not keep any on site underscores that TGF is simply not informed about this condition or its treatment.

1

2

3

4

5

6

7

8

9

10

Likewise, while Dr. Shields is insisting that Ndume should be held in California for treatment for an additional 30 days and then only released upon presentation of three clean fecal samples, the GSSP experts have explained that such an approach is misguided and pointless. First, as noted above, most gorillas in captivity carry *B. coli*, and therefore its presence in a fecal sample, especially in such a small quantity as detected in Ndume's, is unremarkable.[3] Indeed, the GSSP experts indicated that they ordinarily would not treat a gorilla exhibiting such a modest amount of the parasite (though they concur with Dr. Campbell's decision to begin prophylactic treatment for Ndume). Moreover, it is a commensal organism, so the fact that it does not appear in a subsequent sample does not mean that it is not present. Thus, forcing him to endure further isolation for a minimum of an additional thirty days until he has a clean fecal sample would not actually make him any safer during the move.[4]

11

12

13

14

CZBG, continuing its efforts to work in utmost good faith, agreed to postpone the transfer one additional week in deference to TGF. CZBG now intends to transfer Ndume on June 12 and, if necessary, will request this Court's assistance to enforce its summary judgment order (ECF No. 50) and its order adopting the Transfer and Integration Protocol (ECF No. 52).

15

16

**TGF Position**

17

18

19

20

Ndume continues to do well in the TGF sanctuary environment. His urine cortisol levels are low, which indicates he is not stressed by living at TGF without conspecifics. In fact, elderly gorillas often withdraw from their family group as they age and are less fit to participate in interactions. Ndume is now

21

22

23

24

[3] In the parties' exchanges on this topic, TGF has tried to make much of the fact that Ndume had purportedly not presented a fecal sample containing *B. coli* in some time. However, TGF—despite being required to do so—had not been routinely collecting fecal samples from Ndume prior to CZBG's arrival. *See* Amicus Brief of The People for the Protection of Animals, Dkt. No. 38-3 at 9 (observing that "[f]ecal analyses for intestinal parasites called for by the veterinary plan were also apparently routinely not performed," citing a USDA inspection report). Thus, TGF is not in a position to accurately assess whether Ndume's current fecal samples tell us if Ndume's condition has changed over his life.

25

26

27

28

[4] This delay would also have the potential to disrupt his progress as well. Ndume has been working closely with a CZBG keeper, and the two have developed a good rapport. However, if the transfer date is pushed out any further, this keeper will have to return to Cincinnati, as he has already been away for over a month because the transfer date was twice delayed. His departure would likely reduce the TGF staff's efficacy in maintaining Ndume's transfer preparations. To delay the shipment further just allows for more opportunities for Ndume's established training to regress.

37.5 years old, the upper limit of lifespan of gorillas in the wild, and significantly older than the 17 year average lifespan of zoo gorillas (excluding gorillas who die before the age of 1).  The main stressor he is now facing is related to his preparation for transfer.

CZBG implies that the transfer of Ndume, an elderly male western lowland gorilla, is a low risk operation, about which TGF is unduly concerned, claiming the only dissenting voice is a physician who works only with humans.  Hence, they contend, their vets are best suited to pass judgment on what is safe, and what is not.  In the process, they blithely discount the remarkable qualifications of Dr. Shields, <u>whose views actually track with their own longstanding written protocols</u>.  Plus, for no apparent reason, explained below, they have chosen <u>not to follow their own, appropriate guidelines on this precise topic</u>.

First, and foremost, Dr. Shields has been unfairly characterized by CZBG.  They are well-aware that he is the only specialized medical practitioner among the group now being discussed, and indeed, the only one who foresaw the likelihood that Ndume would experience severe stress during the transfer process <u>which would reactivate his Balantidium Coli</u> (*B. coli)*.

It was this precise risk that prompted Dr. Shields early on, to conclude that the transfer of Ndume was risky, and could well prove fatal.  Nor was this a "lucky guess" on his part.  This conclusion is based on experience and scientific literature reporting great ape fatalities due to *B. coli* invasion of the colon, despite treatment.

Dr. Shields is a Stanford educated Physician, who spent four years in medical school, followed by <u>three more years of specialization in internal medicine</u>.  Thereafter, he spent <u>three more years specializing in gastroenterology</u>, and then two more years in tropical medicine, <u>with specific training in parasitic infections, like Balantidium Coli.</u>  He is <u>Board Certified in both internal medicine and gastroenterology, **and he has over 10 years of experience working with gorillas**</u>.

He has far more specific training and experience <u>in this area</u> than all of the Zoo (and TGF) veterinarians combined.  But, not even the difference in their training would explain why the veterinarians on the AZA team listed by CZBG tried to convince Dr. Shields of their position by making remarkably unfounded claims.  One such example was the <u>claim that the colon of a gorilla is more akin to a horse than a human being, which is never infected with B. coli.</u>  Now, as part of this Joint Submission, they claim

that *B. coli* is "part of the normal gut flora of great apes…" as if that makes it benign, or somehow explains why Ndume did not suffer from this parasite <u>despite decades at TGF</u>.

Indeed, CZBG attempts to mischaracterize *B. coli* by ignoring the important differentiation of disease states.  TGF agrees that most Zoo gorillas are carriers of the protozoa, as it is incurable once infected.  However, it is when the protozoa becomes active and progresses to clinical disease that it can cause serious problems and even death.  The distinction between carrier and active disease cannot be determined by the number of cysts the gorilla sheds alone. The only way of reliably distinguishing active disease is a colonoscopy, which is why Dr. Shields is advocating treatment before transfer.

Their own records confirm that Ndume suffered severely from *B. coli* at CZBG after being transferred back there from the Brookfield Zoo and again after his transfer to TGF, <u>where it was successfully treated</u>.  The suggestion that TGF has no experience with this issue again ignores the facts.  More accurately characterized, TGF does not need to treat *B. coli* symptoms on a regular basis, like AZA zoos, because TGF does not force its gorillas to live in a stressful environment which is conducive to the development of *B. coli* symptoms.

CZBG pretends that because its gorillas all live in the relatively stressful environment of a public zoo (which places the animals on display, which is quite contrary to their normal quiet environment in the wild, consistent with their shy nature) they are somehow experts regarding *B. coli* risk factors.  While that should be true, their position in this case suggests the opposite, in part because they have chosen to completely abandon their ordinary, published position on these issues.

One such example is the position of CZBG that comparisons with humans are without merit.  Standing alone, this ignores the undeniable fact that gorillas share 98% of our DNA.  Plus, the AZA has never before even questioned the universally recognized biological similarities between human and gorilla primates.  AZA facilities often rely on human medical doctors for gorilla care.  Similarly, TGF has been fortunate enough to be able to rely upon a multi-disciplinary team from Stanford for many years.  Where possible, zoos routinely call upon specialized medical expertise, like that offered by Dr. Shields to TGF and the San Francisco Zoo.  The absence of qualified, <u>specialized</u> zoo input here, is itself quite significant.

Given the narrow thinking advocated by CZBG in this instance, it is not surprising that Dr. Shields holds a substantially different view than the Zoo vets.  This is particularly true when they choose to ignore

their own standard protocols when making their current claims. Indeed, it is hard to take seriously the opinions of zoo veterinarians who group together to claim that *B. coli* is not even harmful to gorillas, simply because nearly all primates have it in their systems.

This flawed claim is added to the unfounded PETA claim that TGF did not routinely perform fecal testing. Just the opposite is true. That is how TGF is aware of the fact that <u>Ndume had clean fecal samples for years</u>, while living without stress at TGF. In the last two years alone, 14 fecal samples were sent out for testing, in addition to direct fecal exams performed on-site. All were negative for *B. coli*. Only very recently, <u>just when the crate was being closed as part of his training, did he manifest severe symptoms of stress, followed by a positive *B. coli* result</u>.

This flare-up was predictable, given the added stress of his crate training…and indeed was predicted by Dr. Shields. Yet, all of the AZA vets were perfectly comfortable, then and now, with the idea of risking his life by transporting him without concern for the fatality risks posed by *B. coli*.; risks that are proven to be elevated in times of increased stress, immunosuppression and advanced age.

CZBG would have forced Ndume into the crate and shipped him off on June 4, if TGF had not urged a more cautious position. Ndume's positive fecal test appeared for the first time, right after Ndume exhibited extreme stress when hearing the transfer crate being closed.. This is hardly a coincidence. How can a positive test under these circumstances be ignored? The consequences of being wrong, are now higher than ever before. Mere days before he is to be transferred <u>is the time to get his *B. coli* under control. Transporting him without doing so could prove fatal.</u>

Nor is there merit to the CZBG argument that he should be transferred immediately, <u>because the transfer was twice</u> delayed <u>already. First, this argument is disingenuous, given the fact that both (short) delays were based on CZBG decisions, without TGF input of any kind</u>. Second, Ndume's life is at stake. A few week delay should be considered an opportunity to avoid a potentially disastrous result, not a problem in and of itself. If he dies in transport or shortly after, who at the AZA will take the blame?

The fact that AZA vets are willing to publicly claim that they "would not blink an eye" before transporting him under these circumstances is itself an admission that they really do not care about Ndume. To them, evidently, his life can be forfeited and it will make no difference. Indeed, the fact that the AZA veterinary community is willing to rally around their trade organization in this way is shocking,

**particularly given their contrary public, written, position on the identical issue, as quoted below.**

This should certainly not be a partisan issue.  Dr. Shields has solid medical reasons, based on both veterinary and medical literature, for his strongly held belief that Ndume needs to be treated for this recent flare-up <u>before he is transferred</u>.  With treatment, Dr. Shields hopes and believes it should be safe to transport him in a month or so, without the extreme risks which still further (inevitable) stress will likely precipitate.  **He is not arguing against a transfer, just a precipitous transfer**.  <u>This proposed delay would only add a few weeks beyond the current planned date.</u>

Perhaps the broad range of experience of the Zoo vets, <u>without specialization in the area of colon-linked diseases and</u> deaths, helps explain why they are willing to ignore risk factors which present huge red flags to Dr. Shields.  These veterinarians are undoubtedly skilled practitioners, with exposure and experience involving literally every species of animal.  <u>But, none of them can even claim to be specialized, much less Board Certified in internal medicine *and* gastroenterology, particularly with an overlay of ten years of experience treating colon related conditions in gorillas.</u>

Significantly, the CZBG vets claimed during their recent call with Dr. Shields that there have been no *B. coli* related gorilla deaths in many years.  In response, TGF requested the necropsy records upon which they were relying.  But, <u>no such records were provided</u>.  Even so, from publicly available information, we know that in April 2018, a 34-year-old Western Lowland Silverback gorilla at the Houston Zoo was being treated for severe gastrointestinal disease and a heart condition.  Clinical disease progressed despite treatment, and rather than allow him to suffer any more, <u>he was euthanized</u>.  From the available information it is likely that *B. coli* was involved.  But, since CZBG refused to provide the records, there is no way for TGF to confirm this fact.

Even so, CZBG should be well aware that, consistent with their own protocols, the strong recommendation of Dr. Shields to treat Ndume for a month, returning him to a negative test status before transfer, just makes common sense.  Plus, the medication promised by CZBG to treat his *B. coli* has literally just arrived, despite earlier CZBG promises.  So, Ndume has just started on a treatment plan.  Transferring him on June 4 as CZBG insisted upon prior to the involvement of the Court, would have been inviting disaster, for no reason.

Perhaps for this reason, CZBG makes no mention of their own GSSP Care Manual, written by some of the same zoo "experts" involved on the recent phone call. Their own words confirm that prior to the current high pressure demands of the Zoo to transfer Ndume, <u>with active *B. coli* symptoms, and a possible heart condition, their stated position tracked precisely with the position taken by Dr. Shields</u>. First, contrary to their current claims, their own AZA Gorilla Care Manual confirms the seriousness of the risks involved. It states:

> "<u>Gastrointestinal disease is the most frequent cause of non-human primate morbidity</u>…The following are organisms of concern in gorilla collections. *<u>Balantidium coli</u>*…" (is the first such organism listed.) (Page 62 of AZA Western Lowland Gorilla Care Manual) (Emphasis added)

Why is the Zoo denying the severe risk to Ndume, as set forth in their own Gorilla Care Manual? The goal should be to **safely** transport Ndume. Period. TGF has worked hard, and closely with CZBG, at its own expense, with this goal in mind. The delay involved is a small price to pay to significantly increase Ndume's chances for a safe transfer. Dr. Shields is only recommending that Ndume be treated for his current, highly significant risk factor, for a few extra weeks. By then, he believes it should be safe to transfer him. Why would anyone be opposed to that?

On what basis is such a cautious approach even being questioned? The CZBG disregard for these obvious concerns becomes all the more troubling when, once again, considering the written protocols for how to deal with this exact situation, as set forth in their own AZA Gorilla Care Manual. It again agrees with Dr. Shields regarding use of a cautious approach under these circumstances. Their Manual states:

> "It is recommended that animals coming from collections where *B. coli* is endemic <u>be treated prophylactically for a course that includes the pre- and post-shipment period.</u> This treatment should be in addition to the usual pre-shipment and quarantine parasite exams. <u>Stress, caused by shipping, can sometimes manifest the full extent of the disease in an otherwise unapparent case.</u>" (Page 62 of AZA Western Lowland Gorilla Care Manual) (Emphasis Added)

Again, why are CZBG, and all of its veterinarians, willing to ignore their own protective protocols in this case? It seems that they are dogmatically focused upon forcing this transfer, at all costs, regardless

of the risks and suffering of Ndume.  They even claim that it was their idea to treat Ndume before transporting him, when they well-know that they were more than willing to anesthetize him, then forcibly put him in the crate (wasting all of his crate training) and ship him on June 4, before any of the medicine arrived.  All indications are that CZBG wants to "win"…not insure Ndume's safety.

But, whatever their motivation might be, under these circumstances, TGF has no alternative but to continue to advocate for proper care and treatment of Ndume.  This is particularly critical given the presence of a known and lethal risk like a *B. coli* flare-up during a highly stressful event like a forced transfer.  Nor is that the only possible complicating factor.

Recent cardiac testing revealed that the TGF cardiologist does not agree with the conclusion reached by CZBG regarding Ndume's heart condition.  He describes Ndume's heart as "abnormal and needing treatment." He said that the overall systolic function is mildly depressed and wall thickness is also mild to moderately increased.  This means that Ndume is in a very similar, vulnerable condition, to the gorilla which was recently euthanized at the Houston zoo.  Transfer at his age, with the many stress factors involved, plus a *B. coli* flare-up, on top of a heart condition, makes little sense.

Ndume has lived at TGF without stress or incident for decades.  It is beyond dispute that his move back to the Cincinnati Zoo will be remarkably stressful.  Such stress alone could cause his demise.  It will be even more likely to cause severely negative consequences if his *B. coli* is not brought under control first.  Who will lose if the precautions suggested by Dr. Shields are taken?

TGF is largely resigned to the fact that it can do no more than advocate for Ndume's safe passage, and pray that he survives the upcoming ordeal when he is returned to the same Zoo where he failed to thrive so many years ago.  The zeal of CZBG to put him through this ordeal, despite the obvious risks, is hard to comprehend.   But, in any event, TGF respectfully submits that waiting three additional weeks to stabilize his *B. coli* flare-up before transferring him, just makes common sense.  Any perceived hardship by CZBG is more than outweighed by the reduction in risk to Ndume.

Plus, the implication that the departure of the CZBG keeper would somehow reduce TGF staff efficacy in maintaining Ndume's transfer preparations is simply unfounded.  TGF staff alone has been involved in the direct crate training with Ndume.  The purpose of that training was to develop and improve his readiness for transport.  Therefore, delay will not disrupt Ndume's training progress.  Rather than cause

a regression in his training, with more time, his training will be enhanced.

**Joint Statement of Mutual Cooperation**

Despite this setback, the Parties have made significant progress in preparing Ndume for transfer, including taking the following steps:

- Sending TGF staff to Cincinnati to study their gorilla facilities to try and coordinate how best to accommodate Ndume there;
- Transporting CZBG's crate to TGF for Ndume's training and transfer;
- Dispatching a representative of CZBG's Facilities Team to TGF to perform alterations necessary to install the crate at TGF;
- Sending Ron Evans, CZBG's Curator of Primates, and CZBG veterinarian Greg Levens to TGF to examine Ndume and coordinate with TGF staff;
- Jointly training Ndume to enter his crate voluntarily;
- Jointly training Ndume for hand injection of an anesthetic;
- TGF training Ndume to receive an awake cardiac exam;
- TGF coordinating and performing an awake cardiac exam on Ndume;
- Review of the cardiac images by CZBG's consulting cardiologist, who concluded that Ndume's heart is in good condition and he is fit to be transferred and to receive anesthesia if necessary;
- TGF review of the cardiology report of their own cardiologist, who disagrees with the CZBG conclusions.  He believes his heart is abnormal and requires treatment;
- Carrying out pre-transport fecal tests; and
- Installing a CZBG gorilla keeper at TGF for over a month to establish a relationship with Ndume, participate in Ndume's TGF crate training, and prepare Ndume for transfer;
- Coordination of TGF care-givers with CZBG during their stays with Ndume at TGF.

*     *     *

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory.


DATED:  June 4, 2019

Respectfully submitted,

By: *Simon J. Frankel*

Simon J. Frankel, State Bar No. 171552
Amy S. Heath, State Bar No. 312516
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
sfrankel@cov.com
aheath@cov.com

Aaron M. Herzig (*pro hac vice*)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838
aherzig@taftlaw.com

*Attorneys for Plaintiff Cincinnati Zoo & Botanical Garden*

By: *David B. Casselman*

David B. Casselman, State Bar No. 81657
David Polinsky, State Bar No. 125163
Kirk S. Comer, State Bar No. 240847
Casselman Law Group
5567 Reseda Boulevard, Suite 330
Tarzana, CA 91356
(818) 609-2300
dbc@casselmanlawgroup.com
dp@casselmanlawgroup.com
ksc@casselmanlawgroup.corn

Frank M. Pitre, State Bar No. 100077
Julie Fieber, State Bar No. 202857
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000
FPitre@cpmlegal.com
JFieber@cpmlegal.com

*Attorneys for Defendants The Gorilla Foundation and Francine Patterson*