UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GORILLA FOUNDATION, et al.,<br><br>    Defendants. | Case No. 18-cv-06529-RS<br><br>**ORDER** |

Any opposition to plaintiff's "Request for Enforcement of Transfer Order" (Dkt. No. 59) must be filed by Noon, June 7, 2019. Defendants are advised, consistent with the prior order, that absent a compelling showing going beyond that previously presented, plaintiff's proposed order for transfer on June 13, 2019 (Dkt. No. 59-4) will be signed and filed by 5:00 p.m. on June 7, 2019.

**IT IS SO ORDERED**.

Dated: June 6, 2019

_____
RICHARD SEEBORG
United States District Judge