DAVID B. CASSELMAN (Bar No. 81657)
  dbc@casselmanlawgroup.com
DAVID POLINSKY (Bar No. 125163)
  dp@casselmanlawgroup.com
KIRK S. COMER (Bar No. 240847)
  ksc@casselmanlawgroup.com
CASSELMAN LAW GROUP
5567 Reseda Boulevard, Suite 330
Tarzana, California 91356
Telephone: (818) 609-2300
Facsimile: (818) 345-0162

FRANK M. PITRE (Bar No. 100077)
  FPitre@cpmlegal.com
JULIE L. FIEBER (Bar No. 202857)
  JFieber@cpmlegal.com
COTCHETT PITRE & McCARTHY LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Defendant and
Counterclaimant The Gorilla Foundation
and Defendant Dr. Francine Patterson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation, | CASE NO. 4:18-cv-06529 (RS) |
| Plaintiff, | **OPPOSITION OF DEFENDANTS TO EX PARTE APPLICATION TO COMPEL EARLY TRANSFER OF NDUME DESPITE SERIOUS SAFETY RISKS** |
| vs. | |
| THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, | Hearing date:<br>Time:<br>Courtroom:  3<br>Judge:  Hon. Richard Seeborg |
| Defendants. | |

The recent ex parte application of CZBG to compel transfer of Ndume a few weeks before anyone can be sure it is safe, falsely portrays his current situation at TGF, as if it is harmful. Yet, at the same time, they pretend that there is literally no risk in

transferring an elderly, male gorilla, with symptomatic Balantidium Coli, and an abnormal heart, who is exhibiting signs of massive stress in anticipation of his forcible removal from his peaceful home of almost 28 years.

Contrary to the CZBG claims of urgency to transport him, it is clear that Ndume is not ready for a safe transfer. Over the recent past, his stress levels have increased dramatically, and during the last two days he has presented with diarrhea, emesis and decreased appetite. These are all new symptoms since the last court filing and are unusual for him, and extremely concerning to those concerned about his welfare. These indicators are plainly related to the addition of severe stress caused by his imminent transfer.

TGF alone has tried to work cooperatively to insure a safe transfer. CZBG has done everything possible to hide the truth, from TGF and this Court. Based upon his recent testing, TGF learned that he now has Balantidium coli present in his stool. This does not just pose a danger to him but to anyone who comes in contact with him during transport, especially with his frequent, sometimes forceful (when mixed with gas), loose stools.

The cysts present in his stool are the infective form of the parasite. They directly put Ndume, other nearby gorillas <u>and any humans nearby at serious risk</u>. CZBG knows this is true, but pretends as if there are no risks whatsoever.

The CZBG haste to move Ndume, with no regard for his health is concerning. All of their experts are within the zoo community. The information TGF is providing comes from independent sources, and presents a balanced view. This opposition includes a declaration from Dr. Jane Hopper, the Head Veterinarian from the Aspinall Foundation in England. They are an organization which is specialized in and extremely experienced in caring for and transporting gorillas. They care for gorillas in parks in the UK as well as

conservation projects in the Congo and Gabon, including up to 125 Western Lowland Gorillas.

Dr. Hopper oversees the health of all of those gorillas, and strongly agrees with the TGF position that a transfer under these circumstances is ill advised when considering Ndume's safety. In her words, "I have never transported gorillas that have tested positive for Balantidium coli and have symptoms of diarrhea and inappetence, as I believe it would be endangering the gorilla's health to do so."

Her opinion is also supported by Dr. Shields, a gastroenterology specialist at Stanford, as well as the AZA's own manual pertaining to transport of gorillas. As demonstrated in the last brief, their own manual cautions against transport of a gorilla with active Balantidium Coli, given the serious mortality risks involved.

Moreover, the inconsistencies between the current CZBG position and the TGF position could easily be eliminated by reference to their own records. But, they have refused to cooperatively share that evidence. Why? Because it very likely undermines their conclusory assertions in this action.

As but a few examples, the specific documents TGF has requested from CZBG <u>that would shed light on the risks of *Balantidium coli* have been withheld</u>.

Similarly, CZBG said they would have Ndume's cardiac ultrasound reviewed by the Great Ape Heart Project, but they have provided no records. At this point, the CZBG cardiologist claims his heart looks fine, while an entirely independent cardiologist says the best he can tell (without better images) is that <u>Ndume's heart is abnormal</u>.

When TGF asked if images were submitted to the Great Ape Heart Project for an expedited review, as promised, TGF received no response. Nor did the CZBG

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

cardiologist request better images. Why? Clearly, they do not want more proof that Ndume's heart is not able to withstand the extreme stress of a forcible transfer? There is such evidence already. Why would they silently ignore this issue?

A gorilla, Caesar, who was transferred after living at the Los Angeles Zoo for 26 years (Ndume has lived at TGF for 27.5) survived transport and quarantine, but died one week after introductions with other gorillas began. He died of severe bowel inflammation - often an outcome of *Balantidium coli* infection and stress. TGF requested this necropsy report, and was told it would be provided, <u>but as with all such requests, it was not</u>.

While CZBG insists it is harmful for gorillas to live without conspecifics, motivating their claim that it is in his best interest to be transferred, this claim is only documented in the case of zoo gorillas, shown by elevated urinary cortisol levels. <u>Gorillas in the wild and at sanctuaries do not show this result</u>.

Moreover, Ndume's urinary cortisol level has routinely been low, indicating he has been doing well in this regard at TGF.

As previously indicated by a declaration from world-renown gorilla expert, Ian Redmond, it is a natural process for elderly male gorillas to separate from their group and live solitarily. The same opinions have been echoed by Jerry Stones a well regarded gorilla keeper at Glades Porter, whom Ron Evans (Head CZBG Gorilla keeper) has quoted as a "Gorilla Expert."[1]

---

[1] "Consider the case of Joe, who was captured in the wild and later placed at the Gladys Porter Zoo. He showed no interest in breeding or even in socializing with other gorillas. He eventually was sent to Gorilla Haven in Georgia, where he lives in a separate enclosure by himself. "He prefers it that way," Stones said. "He's doing fine. He's happy." This behavior does not differ much from the way some humans live. "There are people - the spinster aunt or the old bachelor uncle - who never got married," he said. "It was not a (footnote continued)

Hence, the entire premise of the CZBG rush to transport Ndume is flawed. His early history of extreme stress at public zoos, resolved at TGF. Now, they seek to expedite his transfer, for no legitimate reason, despite serious health risks to Ndume, and the people who might be exposed to the Balantidium Coli cysts present in his extremely loose stools.

TGF fully understands the decision of this Court to allow CZBG to transfer Ndume. But, that order was tempered with a safety caveat, which CZBG seeks to simply ignore by claiming, without basis, that there is literally no risk to forcibly moving him under these circumstances. They know better.

They are clearly willing to gamble with Ndume's life, not for his benefit, but for their own. No animal welfare professional who truly cares about the well-being of their animals, would rush this transport next week, when it can be completed with much greater safety in just a few more weeks.

Accordingly, TGF urges this Court to take the safe course of action. Allow the treatment of his Balantidium Coli to take effect and his stress to diminish. Then, at least the risks inherent in his transfer will not necessarily present a life-threatening outcome.

Respectfully submitted:

---

sexual orientation, they really just were not interested. Why would we think that there wouldn't be animals that would have the same feelings? Joe was totally satisfied to do his own thing. A lot of that was probably because of the way he was raised; but then, it could have been a possibility that it was just his own desire."

Source: https://www.brownsvilleherald.com/news/local/gorillas-in-our-midst-relationship-between-legendary-primates-zoo-s/article_43c7f196-e0af-50b9-9054-111faa786a8a.html

| | | |
|---|---|---|
| 1 | DATED: June 7, 2019 | **CASSELMAN LAW GROUP**<br>DAVID B. CASSELMAN<br>DAVID POLINSKY<br>KIRK S. COMER |

By: _____/s/ David B. Casselman_____
DAVID B. CASSELMAN
Attorneys for Defendant and Counterclaimant
The Gorilla Foundation and Defendant Dr.
Francine Patterson

DATED: June 7, 2019   **COTCHETT PITRE & McCARTHY LLP**
FRANK M. PITRE
JULIE L. FIEBER

By: _____/s/ Frank M. Pitre_____
FRANK M. PITRE
Attorneys for Defendant and Counterclaimant
The Gorilla Foundation and Defendant Dr.
Francine Patterson

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

1110769.1                                6                                4:18-CV-06529
OPPOSITION OF DEFENDANTS TO EX PARTE APPLICATION OF CZBG SEEKING AN ORDER
COMPELLING AN EARLY TRANSFER

# Declaration of Aspinall Foundation Gorilla Veterinarian, (ASPINALL VET)
# Regarding Treatment of Ndume for B. coli before Transfer

Dr. Jane Hopper, MRCVS declares as follows:

1. This declaration is submitted in response to the Cincinnati Zoo's decision to transfer Ndume over 2000 miles (by air) from The Gorilla Foundation within one week of discovering that he has tested positive for *Balantidium coli*, and has diarrhea and a decreased appetite. Based on my personal knowledge, credentials and experience, if called as a witness, I could and would competently testify to the following facts.

2. I am a Doctor of Veterinary Medicine employed by The Aspinall Foundation as Head of Veterinary Services for the last 14 years. I oversee the health of our gorillas in the UK parks and in our conservation projects in Congo and Gabon. The number of gorillas under my care has varied over the years but is often up to 125 Western Lowland Gorillas at any one time.

3. In my opinion transporting a gorilla that has tested positive for *Balantidium coli* and that is showing signs of diarrhea and inappetence is dangerous to the gorilla's health.

In my opinion the transport should be delayed until the gorilla has completed a course of medication to treat the *Balantidium coli*, all symptoms have resolved, and further tests have shown that the gorilla is no longer shedding *Balantidium coli*. Further diagnostics may be necessary if symptoms do not resolve.

I have never transported a gorilla that has the clinical signs of diarrhea and

1110579.1

1

inappetence and has tested positive for *Balantidium coli*. I believe it would be endangering the gorilla's health to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 7, 2019.

_____
Dr. ASPINALL_VET

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 5567 Reseda Boulevard, Suite 330, Tarzana, California 91356. I am over the age of eighteen years and am not a party to the within action;

On June 7, 2019, I served the following document(s) entitled: **OPPOSITION OF DEFENDANTS TO EX PARTE APPLICATION TO COMPEL EARLY TRANSFER OF NDUME DESPITE SERIOUS SAFETY RULES** on ALL INTERESTED PARTIES in this action via Electronic Filing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Simon J. Frankel | Aaron M. Herzig |
| COVINGTON & BURLING LLP | TAFT STETTINIUS & HOLLISTER, LLP |
| One Front Street, 35th Floor | 425 Walnut Street, Suite 1800 |
| San Francisco, CA 94111 | Cincinnati, Ohio 45202 |
| Telephone: 415-591-6000 | Telephone: 513-381-2838 |
| Facsimile: 415-591-6091 | Email: **aherzig@taftlaw.com** |
| Email: **sfrankel@cov.com** | |

**BY ECF:** I hereby certify that on June 7, 2019, I electronically filed the above listed documents with the Clerk of the Court using the CM/ECF system.

I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 7, 2019, at Tarzana, California.

_____
Jamie D. Kessinger