# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual<br><br>　　　Defendants. | Civil Case No.: 3:18-cv-06529<br><br><br>**ORDER DIRECTING JUNE 13, 2019 TRANSFER OF GORILLA NDUME** |

## **ORDER**

This matter having come before the Court on Plaintiff Zoological Society of Cincinnati d/b/a Cincinnati Zoo & Botanical Garden's Request for Enforcement of Transfer Order, it is hereby ordered that Plaintiff's request for relief is GRANTED. This Court hereby orders TGF to cooperate in good faith and in all respects to effectuate the transfer of Ndume from California to Ohio on June 13, 2019.

**IT IS SO ORDERED.**

DATED: June 7, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[PROPOSED] ORDER DIRECTING JUNE 13, 2019 TRANSFER OF GORILLA NDUME - CASE NO. 3:18-CV-06529