Simon J. Frankel, State Bar No. 171552
Amy S. Heath, State Bar No. 312516
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: sfrankel@cov.com
Email: aheath@cov.com

Aaron M. Herzig (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone:  (513) 381-2838
Email: aherzig@taftlaw.com

*Attorneys for Plaintiff Cincinnati Zoo & Botanical Garden*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual<br><br>Defendants. | Civil Case No.: 3:18-cv-06529<br><br>**STATUS UPDATE** |

Plaintiff Zoological Society of Cincinnati submits this status update concerning the transfer of the gorilla Ndume.  Consistent with this Court's Orders, Ndume departed California yesterday and arrived safely at the Cincinnati Zoo & Botanical Garden early this morning.  The trip was uneventful.

DATED:  June 14, 2019

Respectfully submitted,

By:  */s/Aaron Herzig*
Aaron M. Herzig (*pro hac vice*)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838
aherzig@taftlaw.com

Simon J. Frankel, State Bar No. 171552
Amy S. Heath, State Bar No. 312516
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
sfrankel@cov.com
aheath@cov.com

*Attorneys for Plaintiff Cincinnati Zoo & Botanical Garden*