Simon J. Frankel, State Bar No. 171552
Amy S. Heath, State Bar No. 312516
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: sfrankel@cov.com
Email: aheath@cov.com

Aaron M. Herzig (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone:  (513) 381-2838
Email: aherzig@taftlaw.com

*Attorneys for Plaintiff Cincinnati Zoo & Botanical Garden*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOOLOGICAL SOCIETY OF CINCINNATI, D/B/A CINCINNATI ZOO & BOTANICAL GARDEN, an Ohio non-profit Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>THE GORILLA FOUNDATION, a California Corporation; and FRANCINE PATTERSON, an individual<br><br>    Defendants. | Civil Case No.: 3:18-cv-06529<br><br><br>**JOINT STATUS REPORT AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    The parties hereby submit the following joint status report and proposed stipulation for the consideration of the Court.

Following the transfer of Ndume to Cincinnati, the parties have worked cooperatively in compliance with the existing Court Orders. Gorilla Foundation representatives have remained on site to monitor the transfer, his quarantine period, and his progress during orientation with other gorillas.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counterclaim-Defendant Zoological Society of Cincinnati and Defendants/Counterclaim-Plaintiffs The Gorilla Foundation and Francine Patterson hereby agree that the Court may dismiss this action, including all claims and counterclaims, with prejudice, on August 23, 2019, or as soon thereafter as is convenient for the Court. Each party shall bear its own costs.

DATED: July 11, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Aaron M. Herzig*<br>Simon J. Frankel, State Bar No. 171552<br>Amy S. Heath, State Bar No. 312516<br>Covington & Burling LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>(415) 591-6000<br>sfrankel@cov.com<br>aheath@cov.com<br><br>Aaron M. Herzig (*pro hac vice*)<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, Ohio 45202<br>(513) 381-2838<br>aherzig@taftlaw.com<br><br>*Attorneys for Plaintiff Cincinnati Zoo & Botanical Garden* | */s/ David B. Casselman (by AMH per email authorization)*<br>David B. Casselman, State Bar No. 81657<br>David Polinsky, State Bar No. 125163<br>Kirk S. Comer, State Bar No. 240847<br>Casselman Law Group<br>5567 Reseda Boulevard, Suite 330<br>Tarzana, CA 91356<br>(818) 609-2300<br>dbc@casselmanlawgroup.com<br>dp@casselmanlawgroup.com<br>ksc@casselmanlawgroup.corn<br><br>Frank M. Pitre, State Bar No. 100077<br>Julie Fieber, State Bar No. 202857<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>FPitre@cpmlegal.com<br>JFieber@cpmlegal.com<br><br>*Attorneys for Defendants The Gorilla Foundation and Francine Patterson* |