United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZOOLOGICAL SOCIETY OF CINCINNATI,

    Plaintiff,

    v.

THE GORILLA FOUNDATION, et al.,

    Defendants.

Case No. 18-cv-06529-RS

**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to the parties' stipulation for dismissal with prejudice (Dkt. 64) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice. Each party shall bear its own costs.

**IT IS SO ORDERED**.

Dated: August 23, 2019

_____
RICHARD SEEBORG
United States District Judge